F. Mayer, Appellee, v. Bar Steels Company, Appellant.

Gen. No. 44,717.

K. Raymond Clark and J. Kenneth Baird, for appellant; Abraham H. Cohen and Robert Lee Shapiro, for appellee; Robert Lee Shapiro and Abraham Miller, of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.** Opinion filed March 14, 1950; released for publication April 3, 1950.